IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT, IN AND FOR DUVAL COUNTY, FLORIDA

CASE NO.:

DIVISION:

**JENIFER SUE RAMEY,**

    Plaintiff,

vs.

**USAA CASUALTY INSURANCE COMPANY,**
a foreign corporation,

    Defendant.

_____/

## PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, **JENIFER SUE RAMEY** (hereinafter referred to as Plaintiff,) by and through her undersigned attorneys, sue Defendant, **USAA CASUALTY INSURANCE COMPANY** (hereinafter referred to as USAA or Defendant,) a foreign corporation, and alleges:

1. This is an action for damages which exceed $30,000, exclusive of interest, costs, and attorneys' fees.

2. At all times material, Plaintiff was a resident of Clay County, Florida.

3. On or about December 19, 2017, Stephanie Elaine Vaughn owned and operated a motor vehicle at Wilson Boulevard near Firestone Road in Jacksonville, Duval County, Florida.

4. At that time and place, Vaughn negligently operated or maintained the motor vehicle so that it collided with Plaintiff's vehicle.

5. As a result, Plaintiff suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and said Plaintiff will suffer the losses in the future. Plaintiff's vehicle was damaged and she lost the use of it during the period required for its repair or replacement.

6. Defendant USAA is an insurance company licensed to do business in the State of Florida and at all times material hereto was actively engaged in conducting business activities in Duval County, Florida.

7. Stephanie Elaine Vaughn was insured by Ocean Harbor Casualty Insurance Company under an insurance policy issued to them as the owner and driver of the vehicle which struck Plaintiff's vehicle. Said policy did not afford any coverage for bodily injury liability.

8. The injuries and damages sustained by Plaintiff in the motor vehicle accident of December 19, 2017 are compensable.

9. On December 19, 2017, Plaintiff and USAA were parties to an insurance contract. Defendant insured Plaintiff for all losses caused by bodily injury resulting from the ownership and/or use of an uninsured or underinsured motor vehicle, by providing stacking uninsured/underinsured motorist coverage on two separate vehicles, in the amount of one hundred thousand dollars ($100,000.00) per person on each vehicle, or a total of two hundred thousand dollars ($200,000.00,) coverage for the injuries described

above.  (A copy of the declarations page of the insurance agreement is attached hereto as Exhibit A).

10. The premiums on this insurance policy were paid by Plaintiff on a timely basis and the policy was in full force and effect at the time of the accident on December 19, 2017.

11. Plaintiff is entitled to make an uninsured motorist claim under the USAA policy.

12. Plaintiff has complied with all the conditions, terms, and obligations of the insurance policy prior to the commencement of this lawsuit.  All conditions precedent have been performed by Plaintiff or have occurred.

**WHEREFORE**, Plaintiff, **JENIFER SUE RAMEY**, demands judgment for damages and costs against Defendant, **USAA CASUALTY INSURANCE COMPANY**, and further demands a trial by jury of this cause.

ACCIDENT LAWYERS, P.A.

*/s/ Raymond I. Booth III*

John S. Fagan, Esquire
Florida Bar Number 333247
**Raymond I. Booth III, Esquire**
Florida Bar Number 611549
1063 Park Avenue
Orange Park, Florida  32073-4121
Telephone (904) 215-5555
john@johnfagan.com
ray@johnfagan.com
pleadings@johnfagan.com
Counsel for Plaintiff

3

```
14:37:56 01-19-2018        5 /5      (925) 659-0192
01/19/18  12:03:55  (925) 659-0192      →       9042781600 AT&T/USAA         Page 005
```

**USAA** USAA CASUALTY INSURANCE COMPANY
(A Stock Insurance Company)
9800 Fredericksburg Road - San Antonio, Texas 78288

FLORIDA AUTO POLICY
RENEWAL DECLARATIONS

RENEWAL OF

| State | 05 , 06 | Veh | POLICY NUMBER |
|---|---|---|---|
| FL | 360 360 | Terr | 01524 81 44C 7101 6 |

POLICY PERIOD:    (12:01 A.M. standard time)
**EFFECTIVE DEC 05 2017 TO JUN 05 2018**

OPERATORS
01 JENIFER S RAMEY
04 CHIRSTOPHER R CLOUTIER

**Named Insured and Address**

JENIFER S RAMEY
2652 SHANNON ST
ORANGE PARK FL 32065-6344

**Description of Vehicle(s)**

| VEH | YEAR | TRADE NAME | MODEL | BODY TYPE | ANNUAL MILEAGE | IDENTIFICATION NUMBER | VEH USE SYM | WORK/SCHOOL Miles One Way | Days Per Week |
|---|---|---|---|---|---|---|---|---|---|
| 05 | 01 | CHEV | TAHOE 4D | 4 DOOR | 4000 | 1GNEC13T51R148660 | P | | |
| 06 | 01 | CHEV | SLVR 1500 | 2 DOOR | 4000 | 1GCEC14T51Z274279 | P | | |

The Vehicle(s) described herein is principally garaged at the above address unless otherwise stated.  * W/C=Work/School, B=Business, F=Farm, P=Pleasure

VEH 05   ORANGE PARK FL 32065-6344
VEH 06   ORANGE PARK FL 32065-6344

This policy provides ONLY those coverages where a premium is shown below. The limits shown may be reduced by policy provisions and may not be combined regardless of the number of vehicles for which a premium is listed unless specifically authorized elsewhere in this policy.

| COVERAGES   LIMITS OF LIABILITY ("ACV" MEANS ACTUAL CASH VALUE) | VEH 05 D=DED AMOUNT | 6-MONTH PREMIUM $ | VEH 06 D=DED AMOUNT | 6-MONTH PREMIUM $ | VEH D=DED AMOUNT | PREMIUM $ | VEH D=DED AMOUNT | PREMIUM $ |
|---|---|---|---|---|---|---|---|---|
| PART A - LIABILITY | | | | | | | | |
| BODILY INJURY   EA PER $ 100,000 | | | | | | | | |
| EA ACC $ 300,000 | | 308.27 | | 239.52 | | | | |
| PROPERTY DAMAGE EA ACC $ 50,000 | | 121.74 | | 106.16 | | | | |
| PART B - PERSONAL INJURY PROTECTION | | | | | | | | |
| MAXIMUM BENEFITS    $10,000 | | | | | | | | |
| DEDUCTIBLE APPLIES TO | | | | | | | | |
| NAMED INSD/RESIDENT RELATIVE | D1000 | 51.36 | D1000 | 43.50 | | | | |
| PART C - UNINSURED MOTORISTS | | | | | | | | |
| STACKED | | | | | | | | |
| BODILY INJURY   EA PER $ 100,000 | | | | | | | | |
| EA ACC $ 300,000 | | 183.43 | | 183.43 | | | | |
| PART D - PHYSICAL DAMAGE COVERAGE | | | | | | | | |
| COMPREHENSIVE LOSS   ACV LESS | D 500 | 44.43 | | | | | | |
| COLLISION LOSS       ACV LESS | D 500 | 91.26 | | | | | | |
| RENTAL REIMBURSEMENT | | | | | | | | |
| STANDARD CLASS | | 17.50 | | | | | | |
| TOWING AND LABOR | | 8.00 | | 8.00 | | | | |

TOTAL PREMIUM - SEE FOLLOWING PAGE(S)

VEH 06   ADDNL INTEREST - CO-OWNER HELMS STEVEN,
ORANGE PARK, FL   ENDT A073 APPLIES

ENDORSEMENTS: ADDED 12-05-17 -   NONE
REMAIN IN EFFECT(REFER TO PREVIOUS POLICY)- 5100FL(02)   A073(05)   ACCFOR(01)
A402FL(01)
INFORMATION FORMS:   55FL(05)   663FL(04)   999FL(03)
2  1

| 05 | RSF33 00000 | | 06 | XXX40 00000 | | | | | | | | | |

In WITNESS WHEREOF, we have caused this policy to be signed by our President and Secretary at San Antonio, Texas,
COUNTERSIGNED BY                                                                                 2017

                 EXHIBIT A

5000 C 05 13

01/19/18  12:05:31  (925) 659-0192  ->  9042701600 AT&T/USAA    Page 006

**USAA** USAA CASUALTY INSURANCE COMPANY
(A Stock Insurance Company)
9800 Fredericksburg Road - San Antonio, Texas 78288
FLORIDA AUTO POLICY
RENEWAL DECLARATIONS

| State | 05 | 06 | Veh | POLICY NUMBER |
|---|---|---|---|---|
| FL | 360 | 360 | Term | 01524 81 44C 7101 6 |

POLICY PERIOD: (12:01 A.M. standard time)
EFFECTIVE DEC 05 2017 TO JUN 05 2018

**Named Insured and Address**

JENIFER S RAMEY
2652 SHANNON ST
ORANGE PARK FL 32065-6344

**Description of Vehicle(s)**

| VEH | YEAR | TRADE NAME | MODEL | BODY TYPE | ANNUAL MILEAGE | IDENTIFICATION NUMBER | SYM | VEH USE | WORK/SCHOOL Miles One Way | Days Per Week |
|---|---|---|---|---|---|---|---|---|---|---|
| 05 | 01 | CHEV | TAHOE 4D | 4 DOOR | 4000 | 1GNEC13T51R148660 | | P | | |
| 06 | 01 | CHEV | SLVR 1500 | 2 DOOR | 4000 | 1GCEC14T51Z274279 | | P | | |

The Vehicle(s) described herein is principally garaged at the above address unless otherwise stated. * W/C=Work/School, B=Business, F=Farm, P=Pleasure
VEH 05   ORANGE PARK FL 32065-6344
VEH 06   ORANGE PARK FL 32065-6344

This policy provides ONLY those coverages where a premium is shown below. The limits shown may be reduced by policy provisions and may not be combined regardless of the number of vehicles for which a premium is listed unless specifically authorized elsewhere in this policy.

| COVERAGES ("ACV" MEANS ACTUAL CASH VALUE) LIMITS OF LIABILITY | VEH 05 6-MONTH D=DED AMOUNT | PREMIUM $ | VEH 06 6-MONTH D=DED AMOUNT | PREMIUM $ | VEH D=DED AMOUNT | PREMIUM $ | VEH D=DED AMOUNT | PREMIUM $ |
|---|---|---|---|---|---|---|---|---|
| PART D - PHYSICAL DAMAGE COVERAGE | | | | | | | | |
| SELECTED VEHICLE FEATURES (LISTED ON THE FEATURES DECLARATION) | | 9.80 | | | | | | |
| LEARNERS PERMIT OP 04 | | | | | | | | |
| VEHICLE TOTAL PREMIUM | | 835.79 | | 580.61 | | | | |

6 MONTH PREMIUM $ 1416.40
PREMIUM DUE AT INCEPTION. THIS IS NOT A BILL, STATEMENT TO FOLLOW.

EARNED ACCIDENT FORGIVENESS APPLIES WITH FIVE YEARS CLEAN DRIVING WITH USAA.
THE FOLLOWING COVERAGE(S) DEFINED IN THIS POLICY ARE NOT PROVIDED FOR:
VEH 05 - MEDICAL PAYMENTS
VEH 06 - MEDICAL PAYMENTS, COMPREHENSIVE, COLLISION, RENTAL REIMBURSEMENT

05 RSF330000   06 XXX400000

IN WITNESS WHEREOF, we have caused this policy to be signed by our President and Secretary at San Antonio, Texas,
COUNTERSIGNED BY                    on this date OCTOBER 18, 2017

MARIA ELENA MCALEXANDER

000 C 05-12
3383-05-12