UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JENIFER SUE RAMEY,

    Plaintiff,

v.    Case No. 3:23-cv-273-MMH-JBT

USAA CASUALTY INSURANCE COMPANY,

    Defendant.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Joint Stipulation for Dismissal With Prejudice (Dkt. No. 14; Stipulation) filed on August 18, 2023. In the Stipulation, the parties request dismissal of this matter with prejudice. See Stipulation at 1. Accordingly, it is hereby

**ORDERED:**

1. This case is **DISMISSED with prejudice**.

2. Each party shall bear their own attorney's fees and costs.

**DONE AND ORDERED** in Jacksonville, Florida this 21st day of August, 2023.

*Marcia Morales Howard*
MARCIA MORALES HOWARD
United States District Judge

- 2 -

ja

Copies to:

Counsel of Record